FILED
December 9, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )   CASE NUMBER: 2:11-cr-00468 WBS
            Plaintiff,     )
v.                         )   ORDER FOR RELEASE
                           )   OF PERSON IN CUSTODY
ERIK GREEN,                )
                           )
            Defendant.     )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Erik Green; Case 2:11-cr-00468 WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ Unsecured Appearance Bond in the amount of $25,000.00.

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 12/9/2011 at 2:05 pm.

By _____
Kendall J. Newman
United States Magistrate Judge