JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
ERIK GREEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-0468 WBS |
| Plaintiff, | ) |
| v. | ) ORDER TO MODIFYING |
| | ) DEFENDANT'S PRETRIAL RELEASE |
| | ) CONDITIONS |
| ERIK GREEN, | ) |
| Defendants. | ) |

Defendant, Erik Green shall have his release conditions modified as follows:

   A. Mr. Green shall be allowed to travel to Cancun, Mexico, as requested, between February 16, 2012 and February 20, 2012.

   B. Mr. Green shall provide to Pretrial Services a complete itinerary of/for the trip prior to his departure.

   C. Mr. Green shall pick up his passport from Pretrial Services no more than 24 hours before scheduled departure.  Mr. Green shall return his passport to Pretrial Services within 24 hours of returning from Mexico.

IT IS SO ORDERED.

   **Date:   2/2/2012**                       _____
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE