JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ERIK H. GREEN

IN THE UNITED STATES MAGISTRATE COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-CR-468 TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNOPPOSSED MOTION AND PROPOSED |
| | ) | ORDER ALLOWING ERIK GREEN TO |
| v. | ) | TRAVEL TO MEXICO FOR VACATION. |
| | ) | |
| ERIK H. GREEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

_____

Defendant Erik H. Green, by and through his undersigned defense counsel, hereby requests the court allow him to travel to Mexico, as part of a cruise, between October 4, 2013 and October 7, 2013.  This request is unopposed by the United States through their counsel of record in this matter, Michael Anderson, Assistant United States Attorney.  The cruise departs from and returns to Long Beach, California, with a single, overnight stop in Ensenada, Mexico.

The Pretrial Services Officer advises the defendant has remained in compliance with his conditions of release and has had no known violations; however, Pretrial Services will defer to Your Honor on whether this international travel request is appropriate.

Should the Court agree to this request, Mr. Green must check-in with his Pre-Trial Services Officer as required by his Pre-Trial Services Officer. Pre-Trial Services shall return Mr. Green's passport to him no later than October1, 2013.  Mr. Green must return to the United States by October 7, 2013 and must check in with, and surrender his passport, to his Pre-Trial

Services Officer within 24 hours of returning to the United States, but in any event, no later than October 9, 2013.


Dated:  September 3, 2013                    /S/ John R. Manning
                                            JOHN R. MANNING
                                            Attorney for Defendant
                                            Erik Green



Dated:  September 3, 2013                    /S/Michael Anderson
                                            MICHAEL ANDERSON
                                            Assistant United States Attorney


IT IS SO ORDERED,


Dated:  September 9, 2013.
                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE