JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ERIK HERMANN GREEN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>ERIK H. GREEN,<br><br>       Defendant. | No. CR-S-11-468 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>Date:  July 31, 2014<br>Time:  9:30 a.m.<br>Judge:  Honorable Troy L. Nunley |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael D. Anderson, Assistant United States Attorney, together with counsel for defendant Erik Hermann Green, John R. Manning, Esq., that the trial confirmation hearing presently set for July 24, 2014 be **continued to July 31, 2014, at 9:30 a.m.,** thus **vacating** the presently set trial confirmation hearing.  Accordingly, the Parties hereby stipulate the following:

   1. By previous order, this matter was set for trial confirmation hearing on July 24, 2014. (Jury trial set for August 25, 2014.)  On July 2, 2014, the court informed the parties the presently scheduled TCH was set on a date the court is no longer available.  The court requested the parties move any matters presently set on/for July 24, 2014.  In response to the court's request, the parties filed this stipulation.

1

2. By this stipulation, defendant now moves to continue the trial confirmation hearing until July 31, 2014.  Time has previously been excluded (and continues to be excluded) under local code T4 - preparation of counsel - up to August 25, 2014.

3. The parties agree and stipulate, and request the Court find the following:

   a. This is a relatively complex financial document case, including in excess of 3000 pages of discovery.  The defendants are alleged to have participated in a mortgage fraud scheme involving several homes.  The Government has additional documents (approximately 40 "bankers" boxes) available for review at the IRS office in Oakland, Ca.  Counsel for Mr. Green has reviewed many of the documents located at the IRS office, but a substantial amount have yet to be reviewed, indexed and analyzed. Counsel for Mr. Green is continuing to review and analyze the documents "housed" in/at the Oakland IRS office.  The Government has recently provided 400 (+) pages additional discovery they believe to be relevant either as the basis for additional charges, or as 404(b) evidence.  Counsel for Mr. Green needs additional time to review and investigate the new material.  Moreover, additional time is needed to meet with Mr. Green and discuss the significance of this material in terms of resolution and/or trial.

   b. Counsel for the defendant needs additional time to review the discovery; review investigation reports; and, discuss USSG calculations and possible resolution scenarios with the defendant.  Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c. The government does not object to the continuance.

    d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of April 3, 2014 to August 25, 2014, inclusive, has already been deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Dated: July 14, 2014                                          /s/ John R. Manning  
                                                                            JOHN R. MANNING  
                                                                            Attorney for Defendant  
                                                                            Erik Hermann Green

Dated: July 14, 2014                                          Benjamin B. Wagner  
                                                                             United States Attorney

                                                       by:     /s/ Michael D. Anderson  
                                                                            MICHAEL D. ANDERSON  
                                                                            Assistant U.S. Attorney

///

///

**ORDER**

IT IS SO FOUND AND ORDERED this 17th day of July, 2014.

                                                Troy L. Nunley
                                                United States District Judge