JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ERIK HERMANN GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>ERIK H. GREEN,<br><br>       Defendant. | No. CR. S-11-468 TLN<br><br>STIPULATION REGARDING MOTIONS IN LIMINE; ORDER<br><br>Jury trial: August 25, 2014<br>Time:    9:00 a.m.<br>Judge:  Honorable Troy L. Nunley |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Josh Sigal, Assistant United States Attorney, together with counsel for defendant Erik Hermann Green, John R. Manning, Esq., the following modifications be made to the motions in limine schedule:

    Motions in limine due :    August 11, 2014

    Opposition due:    August 15, 2014

    Reply due:    August 18, 2014 (The reply due date has not changed.)

///

///

///

1

IT IS SO STIPULATED

Dated:  August 6, 2014                               /s/  John R. Manning
                                                     JOHN R. MANNING
                                                     Attorney for Defendant
                                                     Erik Hermann Green

Dated:  August 6, 2014                               Benjamin B. Wagner
                                                     United States Attorney

                                          by:   /s/  Josh Sigal
                                                JOSH SIGAL
                                                Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED this <u>7th</u> day of <u>August</u>, 2014.

_____
Troy L. Nunley
United States District Judge