```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
JOSH F. SIGAL
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
```

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:11-CR-468 TLN |
| Plaintiff, | |
| v. | ORDER |
| ERIK H. GREEN, | |
| Defendant. | |

1. The United States shall make available tax returns and return information in this case subject to this protective order.

2. The tax returns and return information (the "Protected Material") contain sensitive information only disclosed for discovery in this criminal case.

3. The Protected Material is now and will forever remain the property of the United States.  The Protected Material is entrusted to counsel for the defendant only for purposes of representation in this case.

4. Counsel for defendant shall not give Protected Material or any copy of Protected Material to any person other than counsel's staff, investigator, or retained expert(s). The terms "staff," "investigator," and "expert" shall not be construed to describe any

1

defendant or other person not either regularly employed by counsel or a licensed investigator or expert hired in this case.

5. Any person receiving Protected Material or a copy of Protected Material from counsel for the defendant shall be bound by the same obligations as counsel and further may not give the Protected Material to anyone (except that the Protected Material shall be returned to counsel).

6. Counsel shall maintain a list of persons to whom any Protected Material, or copies thereof, have been given.  Such persons shall be shown a copy of this Order and shall sign a copy of the Order and note that they understand its terms and agree to them.

7. The defendant in this case may review the Protected Material and be aware of its contents, but shall not be given control of the Protected Material or any copies thereof.

8. The foregoing notwithstanding, counsel, staff, and investigator for the defendant may make copies of the Protected Material for trial preparation and presentation.  Any copies must, however, remain in the possession of counsel, staff, investigator, expert or the Court.

It is so ordered.

Dated:  July 20, 2015

Troy L. Nunley
United States District Judge