UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>    vs.<br>ERIK H. GREEN,<br>       Defendant. | CASE NO. 2:11-0468-TLN<br>**ORDER** |

----oo0oo----

The United States Probation Department for the Northern District of California or the United States Probation Department for the Eastern District of California is hereby ORDERED to immediately release Ms. Amy Schloemann's current address to either Mr. Christopher Haydn-Myer or his investigator Mr. Marc Perkins.  In lieu of releasing said information the United States Probation Department for the Northern District of California may assist Mr. Christopher Haydn-Myer or his investigator Mr. Marc Perkins in serving Ms. Amy Schloemann with a subpoena.

1

| | |
|---|---|
| 1 | Dated:  July 23, 2015 |
| 2 | |
| 3 | Troy L. Nunley |
| 4 | United States District Judge |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |