1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant United States Attorney
3  JOSH F. SIGAL
   Special Assistant United States Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
6
   Attorneys for Plaintiff
7  United States of America



FILED

AUG - 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-468 TLN |
|---|---|
| Plaintiff, | **ORDER PURSUANT TO** |
| v. | **18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY – IAN CHI** |
| ERIK H. GREEN, | |
| Defendant. | |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Ian Chi give testimony or provide other information which he refuses to give or to provide information with respect to his knowledge concerning an employment verification letter containing his signature that was generated in connection with the charged fraud scheme in the above-referenced case, on the basis of his privilege against self-incrimination as to all matters about which he may be asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Ian Chi in any criminal case, except that Ian Chi shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to comply

Order re: Immunity and Requiring Testimony                 1

with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

IT IS SO ORDERED.

DATED: __8/4__, 2015

HON. TROY L. NUNLEY
United States District Judge