BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

AUG - 5 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>ERIK H. GREEN,<br><br>            Defendant. | CASE NO. 2:11-CR-468 TLN<br><br>**ORDER PURSUANT TO<br>18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY<br>AND REQUIRING TESTIMONY – RYAN<br>MONTELIUS** |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Ryan Montelius give testimony or provide other information which he refuses to give or to provide information with respect to his knowledge concerning a request for verification of employment containing his signature that was generated in connection with acts constituting evidence pursuant to Rule 404(b) of the Federal Rules of Evidence associated with the charged fraud scheme, on the basis of his privilege against self-incrimination as to all matters about which he may be asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Ryan Montelius in any criminal case, except that Ryan Montelius shall not be exempted by this

Order re: Immunity and Requiring Testimony                 1

1. order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to
2. comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.
3. IT IS SO ORDERED.
4. DATED: August 5, 2015

HON. TROY L. NUNLEY
United States District Judge

Order re: Immunity and Requiring Testimony                2