```
KAREN L. LANDAU, CSB # 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94612
(510) 839-9230 (telephone)

Attorney for Erik Herman Green
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 2:11-cr-468-TLN |
| Plaintiff, | ) Eastern California |
| vs. | ) ORDER |
| ERIK HERMAN GREEN, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that court reporter Diane Shepard shall prepare a transcript of the hearings held on August 19, 2014.  The *in camera* portions of the transcripts shall be produced to attorney Landau only, and shall remain under seal until further order of this Court.

Dated:  January 15, 2016

*[signature]*

Troy L. Nunley
United States District Judge

-1-