UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIK HERMANN GREEN,<br><br>Defendant. | No.  2:11-cr-00468-TLN<br><br>**ORDER** |

Pursuant to the Order of the United States Court of Appeals for the Ninth Circuit (ECF No. 270), the Court hereby orders that Defendant is to be released on bail pending appeal under the same previously imposed bond and conditions of release applied to Defendant's pretrial release.

Dated: February 8, 2016

Troy L. Nunley
United States District Judge

1