Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
ERIK H. GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ERIK H. GREEN,

    Defendant.

Case No. 2:11-cr-00468-TLN

**STIPULATION AND ORDER**

    It is hereby stipulated and agreed to between the United States of America through Michael Anderson, Assistant United States Attorney, and defendant, Erik Green through his counsel, Kresta Daly, that:

    1.    Mr. Green was tried and convicted in this case. On June 22, 2017 the Ninth Circuit vacated his conviction and remanded the case to the district court.

    2.    Prior trial counsel is no longer available to accept reappointment of the case. The undersigned defense counsel was appointed on September 11, 2017.

    3.    The parties stipulate and request the Court make the following findings:

    4.    The reason for the continuance is to allow the defense time to investigate, review discovery and examine possible defenses.

        a.    Defense counsel recently substituted into this case. Current counsel has obtained the file from trial counsel and appellate counsel and plans to begin reviewing the file. Defense counsel does not currently have an estimate for

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

how long it will take for her to become familiar with the case, determine what, if any additional investigation is necessary and be prepared for trial. Based on the size of the file and length of the prior trial, defense counsel will need, at the very least, the time until the requested January 25, 2018, status conference to prepare.

    b.    Counsel for the defendant believes that failure to grant the above requested additional time would deny the defense reasonable time necessary for effective preparation, taking into account due diligence.

    c.    The government does not object to a continuance.

    d.    Based on the above stated findings the ends of justice served by continuing the case outweigh the interests of the public and the defendants in a Speedy Trial.

    e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 30, 2017 and January 25, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

    f.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period.

IT IS SO STIPULATED.

Dated: November 22, 2017.    Respectfully submitted,

By   /s/ Kresta Nora Daly
    BARTH DALY LLP
    Attorneys for ERIK GREEN

Dated: November 22, 2017.    By   /s/ Kresta Nora Daly for
    MICHAEL ANDERSON,
    Assistant United States Attorney

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial. The Court orders that the time from the date of the parties' stipulation, up to and including January 25, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare) as to all defendants. It is further ordered that the November 30, 2017 status conference shall be continued until January 25, 2018, at 9:30 a.m.

Dated: November 27, 2017

Troy L. Nunley
United States District Judge