Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
ERIK H. GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIK H. GREEN,<br><br>    Defendant. | Case No. 2:11-CR-00468-TLN<br><br>**STIPULATION AND ORDER** |

It is hereby stipulated and agreed to between the United States of America through Michael Anderson, Assistant United States Attorney, and defendant, Erik Green through his counsel, Kresta Daly, that:

1. Mr. Green was tried and convicted in this case. The Ninth Circuit subsequently vacated his conviction and remanded the case to the district court. This case is currently set for a status conference on January 25, 2018. The parties seek to reset the status conference for April 26, 2018, at 9:30 a.m.

2. The parties stipulate and request the Court make the following findings:

    a. The reason for the continuance is to allow the defense time to investigate, review discovery and examine possible defenses.

    b. Defense counsel has obtained the file from trial counsel and appellate counsel and has begun reviewing the file. Defense counsel does not currently have an

estimate for how long it will take for her to become familiar with the case, determine what, if any additional investigation is necessary and be prepared for trial. Based on the size of the file and length of the prior trial, defense counsel will need, at the very least, the time until the requested April 26, 2018 status conference to prepare.

c. Defense counsel's efforts to prepare this case have been delayed. Defense counsel has a trial in Placer County set to begin on March 9, 2018. This trial is estimated to last at least one month. The case involves tens of thousands of pages of discovery and a substantial quantity of digital evidence, the review of both categories of evidence has required substantial amounts of time. There are more than 100 possible witnesses located in at least four states. The undersigned counsel is appointed on a habeas matter pending in this jurisdiction. The habeas case was set to go to hearing in late February; that date was vacated last week. Defense counsel had been traveling to interview witnesses and, until last week, preparing for evidentiary hearing. Defense counsel has been required to devote substantial time and attention to these cases and has been unable to devote the sufficient time and attention to the above captioned case.

d. Counsel for the defendant believes that failure to grant the above requested additional time would deny the defense reasonable time necessary for effective preparation, taking into account due diligence.

e. The government does not object to a continuance.

f. Based on the above stated findings the ends of justice served by continuing the case outweigh the interests of the public and the defendant in a Speedy Trial.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 25, 2018 and April 26, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

h. Nothing in this stipulation and order shall preclude a finding that other

provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period.

IT IS SO STIPULATED.

Dated: January 22, 2018.  Respectfully submitted,

By /s/ Kresta Nora Daly
BARTH DALY LLP
Attorneys for ERIK GREEN

Dated: January 22, 2018.  By /s/ Kresta Nora Daly for
MICHAEL ANDERSON,
Assistant United States Attorney

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial. The Court orders that the time from the date of the parties' stipulation, up to and including April 26, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare) as to all defendants. It is further ordered that the January 25, 2018 status conference shall be continued until April 26, 2018, at 9:30 a.m.

Dated: January 22, 2018

_____
Troy L. Nunley
United States District Judge