McGREGOR W. SCOTT
United States Attorney
MICHAEL D. ANDERSON
CHRISTOHPER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-468 TLN |
| Plaintiff, | ORDER |
| v. | DATE: October 25, 2018 |
| ERIK H. GREEN, | TIME: 2:00 p.m. |
| | COURT: Hon. Edmund F. Brennan |
| Defendant. | |

**ORDER**

The Court has reviewed the parties' joint stipulated request to continue the hearing on defendant's Motion to Modify Conditions of Release (ECF 292), which is currently set for October 25, 2018 at 2:00 p.m.. In light of the parties' request, it is hereby found and ordered as follows:

4. The hearing on defendant's motion shall be continued to Monday, November 19, 2018, at 2:00 p.m. in front of that week's duty magistrate, Judge Carolyn K. Delaney.

5. The government's opposition to defendant's motion, or statement of non-opposition, shall be filed no later than Tuesday, November 13, 2018.

///

///

///

///

6. Trial in this matter has already been set for March 11, 2019, and time has been excluded under local code T4 through that trial date (see ECF 291), so no exclusion of time is necessary in connection with this continuance.

Dated: October 11, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE