Kresta Nora Daly, SBN 199689
Joan Maya Pradhan, SBN 319332
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com
Email: jpradhan@barth-daly.com

Attorneys for Defendant
ERIK GREEN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIK GREEN,<br><br>    Defendant. | Case No. 2:11-CR-00468-TLN<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>Date: March 11, 2019<br>Time: 9:00 a.m.<br>Dept.: 2 |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned hereby applies to the captioned court for the issuance of a writ of habeas corpus ☐ ad prosequendum ☒ ad testificandum ☐ in re motion pursuant to 28 U.S.C.§2255 and avers:

    Mr. Karim Akil, USM No. 14083-11 or Year of Birth

I. Detained by California Department of Corrections: Sheridan FCI
at 27072 Ballston Road, Sheridan, OR 97378

II. Detainee is ☐ charged in this district by ☐ indictment ☐ information
☐ complaint ☐ Petition to Revoke
or ☐ was convicted in this district of violating Title _____ U.S.C. § _____
or ☒ is a witness not otherwise available by the ordinary process of the Court.
Appearance is necessary on _March 11, 2019_.
☒ before Judge Troy Nunley
or ☐ before the Federal Grand Jury of the U.S. Courthouse for the district,
for ☐ initial appearance. ☐ arraignment. ☐ plea. ☐ jury trial.
☐ trial. ☐ sentencing ☐ a motion pursuant to 28 U.S.C. § 2255.
☒ the purpose of giving testimony in the captioned proceeding.
☐ other purpose(s), specifically,_____.

It is also petitioned that all parties to the Writ notify counsel for said detainee, if any exist, of this request prior to any court order being issued.

Date: February 27, 2019.                    Name: /s/ *Kresta Daly*

### **WRIT OF HABEAS CORPUS**

☐  Ad Prosequendum     ☒  Ad Testificandum     ☐  In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the U.S. Marshal for this district, his deputies, and other U.S. Marshals and their deputies, is and are directed to produce the named detainee, on the date, and at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned to **Sheridan FCI** unless otherwise ordered by the Court. All parties of this Writ are notified that third party custody of said detainee may be granted as referenced above and that detainee's counsel will be notified prior to any such court order being issued.

Dated: February 28, 2019

_____
Troy L. Nunley
United States District Judge