```
 1  Kresta Nora Daly, SBN 199689
    Joan Maya Pradhan, SBN 319332
 2  **BARTH DALY LLP**
    2810 Fifth Street
 3  Davis, California 95618
    Telephone: (916) 440-8600
 4  Facsimile:  (916) 440-9610
    Email:  kdaly@barth-daly.com
 5  Email:  jpradhan@barth-daly.com

 6  Attorneys for Defendant
    ERIK GREEN
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00468-TLN |
|---|---|
| Plaintiff, | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| v. | Date: March 11, 2019 |
| ERIK GREEN, | Time: 9:00 a.m. |
| Defendant. | Dept.: 2 |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned hereby applies to the captioned court for the issuance of a writ of habeas corpus ☐ ad prosequendum ☒ ad testificandum ☐ in re motion pursuant to 28 U.S.C.§2255 and avers:

　　Mr. Karim Akil, USM No. 14083-111

I.　Detained by Federal Burea of Prisons: Sheridan FCI
　　at 27072 Ballston Road, Sheridan, OR 97378

II.　Detainee is　☐ charged in this district by ☐ indictment　☐ information
　　　　　　　　　　　　　　　　　　　　　　　　　　☐ complaint　☐ Petition to Revoke
　　or　☐ was convicted in this district of violating Title _____ U.S.C. § _____
　　or　☒ is a witness not otherwise available by the ordinary process of the Court.
Appearance is necessary on _March 11, 2019_.
☒ before Judge Troy Nunley
　　or　☐ before the Federal Grand Jury of the U.S. Courthouse for the district,
　　for　☐ initial appearance.　☐ arraignment.　☐ plea.　☐ jury trial.
　　　　☐ trial.　☐ sentencing　☐ a motion pursuant to 28 U.S.C. § 2255.
　　　　☒ the purpose of giving testimony in the captioned proceeding.
　　　　☐ other purpose(s), specifically,_____.

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

It is also petitioned that all parties to the Writ notify counsel for said detainee, if any exist, of this request prior to any court order being issued.

Date: March 5, 2019.                Name: /s/ *Kresta Daly*

### **WRIT OF HABEAS CORPUS**
☐  Ad Prosequendum        ☒  Ad Testificandum        ☐  In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the U.S. Marshal for this district, his deputies, and other U.S. Marshals and their deputies, is and are directed to produce the named detainee, on the date, and at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned to **Sheridan FCI** unless otherwise ordered by the Court. All parties of this Writ are notified that third party custody of said detainee may be granted as referenced above and that detainee's counsel will be notified prior to any such court order being issued.

Dated: March 5, 2019

_____
Troy L. Nunley
United States District Judge