McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIK H. GREEN,

    Defendant.

CASE NO. 2:11-CR-468 TLN

**ORDER PURSUANT TO
18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY
AND REQUIRING TESTIMONY – RYAN
MONTELIUS**

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Ryan Montelius give testimony or provide other information which he refuses to give with respect to his knowledge concerning a request for verification of employment containing his signature that was generated in connection with the charged fraud scheme in the above-referenced case, on the basis of his privilege against self-incrimination as to all matters about which he may be asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Ryan Montelius in any criminal case, except that Ryan Montelius shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

Order re: Immunity and Requiring Testimony      1

FILED

MAR 1 3 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ak
       DEPUTY CLERK

IT IS SO ORDERED.

DATED: March 13, 2019

HON. TROY L. NUNLEY
United States District Judge