Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, CA 945618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
ERIK H. GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00468-TLN |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| ERIK H. GREEN, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Michael Anderson, Assistant United States Attorney, and defendant, Erik Green through his counsel, Kresta Daly, that:

1. Mr. Green was set to be sentenced in this matter on July 11, 2019.

2. The defense requires additional time to complete its sentencing investigation as well as complete the necessary briefing in this matter.

3. The defense requests the sentencing be reset to August 22, 2019. The government does not object to this request.

4. The party's further request Formal Objections/ Motions to Correct the Presentence report be due August 8, 2019, and any Replies or Statements of Non-Opposition and Sentencing Memoranda be due August 15, 2019.

1  Dated: June 24, 2019.    Respectfully submitted,

3              By    /s/ Kresta Nora Daly
                     BARTH DALY LLP
                     Attorneys for ERIK GREEN

5  Dated: June 24, 2019.    By    /s/ Kresta Nora Daly for
                                  MIRIAM HINMAN
                                  Assistant United States Attorney

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. It is ordered that the July 11, 2019 sentencing date continued until August 22, 2019, at 9:30 a.m. It is further ordered that Formal Objections/ Motions to Correct the Presentence Report are due August 8, 2019. Any Replies or Statements of Non-Opposition and Sentencing Memoranda are due August 15, 2019.

Dated: June 24, 2019

Troy L. Nunley
United States District Judge