Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, CA 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
ERIK GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIK GREEN,<br><br>Defendant. | Case No. 2:11-CR-00468-TLN<br><br>**EX PARTE APPLICATION FOR EXTENSION OF TURN IN DATE AND ORDER** |

Erik Green, by and through his attorney, Kresta Daly, hereby moves this Court pursuant to for an extension of his turn in date currently set for November 1, 2019. Mr. Green asks this Court to extend his turn in date to November 18, 2019

On October 17, 2019 this Court denied Mr. Green's application for bail pending appeal. On October 18, 2019 Mr. Green filed a request for the hearing and submitted the appropriate CJA funding requests through eVoucher. Mr. Green requires a copy of the hearing transcript in order to prepare and file a Motion for Bail Pending appeal before the Ninth Circuit. The transcript request and funding authorization were approved on October 28, 2019. In order for Mr. Green's motion before the Ninth Circuit to be filed the court reporter must prepare the transcript and defense counsel must receive it with sufficient time to review it and incorporate relevant portions in Mr. Green's brief. This cannot be done in four days.

The defense is filing a request for an extension of time to file its Motion for Bail Pending

Appeal before the Ninth Circuit contemporaneously with this Ex Parte Application.

The request for the delay is not attributable to Mr. Green or his counsel as the requests for the hearing transcript and relevant funding were filed with 24 hours of the hearing. If defense counsel were to speculate on the cause of the delay defense counsel would opine that this Court, along with every other judge in the Eastern District of California, is operating under what can only be described as a crushing case load and is processing documents as quickly as possible.

Dated: October 29, 2019.  BARTH DALY LLP

By /s/ Kresta Nora Daly
    KRESTA NORA DALY

Attorneys for Defendant ERIK GREEN

## ORDER

Good cause appearing Erik Green's current turn-in date of November 1, 2019 is vacated. His turn-in date is re-set for November 18, 2019.

Dated: October 29, 2019

    Troy L. Nunley
    United States District Judge