Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, CA 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant ERIK GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIK GREEN,<br><br>Defendant. | Case No. 2:11-CR-00468-TLN<br><br>**EX PARTE APPLICATION FOR EXTENSION OF TURN-IN DATE AND ORDER** |

Erik Green, by and through his attorney, Kresta Daly, hereby moves this Court for an extension of his turn-in date currently set for November 18, 2019. Mr. Green asks this Court to extend his turn in date to December 9, 2019.

On October 17, 2019 this Court denied Mr. Green's application for bail pending appeal. On October 18, 2019 Mr. Green filed a request for the hearing and submitted the appropriate CJA funding requests through eVoucher. Mr. Green requires a copy of the hearing transcript in order to prepare and file a Motion for Bail Pending Appeal before the Ninth Circuit. The transcript request and funding authorization were approved on October 28, 2019. In order for Mr. Green's motion before the Ninth Circuit to be filed the court reporter must prepare the transcript and defense counsel must receive it with sufficient time to review it and incorporate relevant portions in Mr. Green's brief. Counsel has yet to receive the transcript.

Dated: November 14, 2019.          BARTH DALY LLP


By /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for Defendant ERIK GREEN

**ORDER**

Good cause appearing, Erik Green's current turn-in date of November 18, 2019 is vacated. His turn-in date is re-set for December 9, 2019.

IT IS SO ORDERED.

Dated: November 15, 2019

_____
Troy L. Nunley
United States District Judge