McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-468 TLN |
| Plaintiff, | STIPULATION REGARDING SELF-SURRENDER DATE; ORDER |
| v. | |
| ERIK HERMANN GREEN, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On August 22, 2019, this Court sentenced the defendant to a term of 27 months in prison and ordered him to self-surrender by 2 p.m. on October 3, 2019.

2. On September 24, 2019, the defendant filed a motion for bail pending appeal before this Court. This Court subsequently stayed the defendant's self-surrender date until October 17, 2019.

3. On October 17, 2019, this Court denied the defendant's motion for bail pending appeal but stayed his self-surrender date until November 1, 2019. This Court subsequently reset his surrender date for November 18, 2019, and then December 9, 2019.

4. On December 6, 2019, the defendant filed a motion for bail pending appeal before the Ninth Circuit, invoking the automatic stay of his self-surrender date pursuant to Circuit Rule 9-1.2(e).

STIPULATION REGARDING SELF-SURRENDER DATE        1

5. On January 14, 2020, the Ninth Circuit denied the defendant's motion for bail pending appeal, thereby lifting the stay of his self-surrender date.

6. The defendant wishes to have time to arrange his affairs before surrendering himself.

7. The parties request that the defendant's self-surrender date be reset for 2 p.m. on January 28, 2020, and that the Court order the following: The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on January 28, 2020. If no such institution has been designated, the defendant shall surrender to the United States Marshal in Los Angeles, California. Defense counsel shall inform the defendant of this order.

IT IS SO STIPULATED.

Dated: January 16, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ MIRIAM R. HINMAN
MIRIAM R. HINMAN
MICHAEL D. ANDERSON
Assistant United States Attorneys

Dated: January 16, 2020

/s/ KRESTA DALY
KRESTA DALY
Counsel for Defendant
Erik Hermann Green

## ORDER

The defendant is ordered to surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on January 28, 2020. If no such institution has been designated, the defendant shall surrender to the United States Marshal in Los Angeles, California. Defense counsel shall inform the defendant of this order.

IT IS SO ORDERED this 16th day of January, 2020.

Troy L. Nunley
United States District Judge