UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  2:11-CR-00468 TLN |
| Plaintiff, | **ORDER** |
| v. | |
| ERIK HERMANN GREEN, | |
| Defendant. | |

      Pursuant to Local Rule 141(b) and based upon the representations contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Government's 15-page Exhibit C to the United States' Opposition to Defendant's Motion for Reconsideration, pertaining to Defendant Erik Hermann Green ("Defendant"), and the Government's Request to Seal shall be SEALED until further order of this Court.

      It is further ordered that access to the sealed documents shall be limited to the Government and counsel for Defendant.

      The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the Government's request, sealing the Government's exhibit serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the Government would

1 be harmed.  In light of the public filing of the notice of request to seal, the Court further finds that there
2 are no additional alternatives to sealing the Government's exhibit that would adequately protect the
3 compelling interests identified by the Government.
4     IT IS SO ORDERED.
5 DATED:  June 5, 2020

Troy L. Nunley
United States District Judge