IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIK HERMANN GREEN,<br><br>Defendant. | Case №: 2:11-cr-00468-TLN<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The above named defendant wishes counsel be appointed to represent him for a petition to violate his supervised release. Ms. Daly needs to work on the case even though there is no federal court date yet. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Kresta Daly is appointed to represent the above defendant in this case effective *nunc pro tunc* to February 15, 2023.

This appointment shall remain in effect until further order of this court.

DATED: 3/8/2023

_____
Troy L. Nunley
United States District Judge

ORDER APPOINTING COUNSEL      1