Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
ERIK GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00468-TLN |
| Plaintiff, | **EX PART APPLICATION TO UNSEAL PETITION and ORDER** |
| v. | |
| ERIK GREEN, | |
| Defendants | |

In approximately December 2022 probation filed a petition to violate Mr. Green's supervised release. Mr. Green was subsequently arrested and charged in Placer County with a number of state crimes. Mr. Green is and has been in custody in Placer County since at least December 2022.

Given that Mr. Green is currently in custody unsealing the petition poses no risk to Probation.

Mr. Green seeks to be released from custody. While he is eligible and able to post bail in Placer County posting bail currently serves no purpose to his federal hold. Mr. Green seeks to unseal this petition as a first step to seeking relief from the federal hold.

Dated: March 14, 2023

By    s/ Kresta Daly
       KRESTA NORA DALY
       Attorney for Erik Green

---

Ex Part App to Unseal Petition and Order     1     2:11-cr-00468-TLN

Order

Good cause appearing, the petition to violate Erik Green's supervised release is hereby unsealed.

Dated: March 22, 2023

_____
Troy L. Nunley
United States District Judge