Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Erik Hermann Green

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>Erik Hermann Green,<br><br>          Defendant. | Case No. 2:11-CR-00468-TLN-SCR<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE-SETTING HEARING** |

1. This matter was placed on calendar on August 12, 2025 at counsel's request.

2. Due to an oversight by defense counsel, the Marshal's Service was not informed of the court appearance in a timely manner. Therefore, counsel seeks to re-set this hearing to August 21, 2025.

3. The government does not object to this request.

Dated: August 12, 2025.                    BARTH DALY LLP


                                    By    /s/ Kresta Nora Daly
                                          KRESTA NORA DALY
                                          Attorneys for Erik Green

# [PROPOSED] ORDER

GOOD CAUSE APPEARING upon the request of the defense:

This matter shall be placed on calendar on August 21, 2025, at 2:00 pm for a detention hearing and other further proceedings as this Court deems necessary.

**IT IS SO ORDERED.**

Dated: August 12, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE