Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Erik Hermann Green

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIK HERMANN GREEN,<br><br>Defendant. | Case No. 2:11-CR-0468-TLN-SCR<br><br>**STIPULATION AND ORDER RE-SETTING HEARING** |

The parties hereby stipulate as follows:

1. The parties have been conferring regarding the resolution of the accusations in the pretrial release violation petition. The parties are hopeful the allegations can be resolved without an evidentiary hearing.

2. The parties require additional time to confer and wish to have until October 2, 2025.

//

//

//

//

Stipulation and Order                                                                                                   [Case No. 2:11-CR-0468-TLN]

1  Dated: September 15, 2025.

3  By  /s/ Kresta Nora Daly for
   ROSS PEARSON
4  Assistant United States Attorney

5  Dated: September 15, 2025.   BARTH DALY LLP

7  By  /s/ Kresta Nora Daly
   KRESTA NORA DALY
   Attorneys for Erik Green

- 2 -

STIPULATION AND ORDER                              [Case No. 2:11-CR-0468-TLN]

# ORDER

GOOD CAUSE APPEARING upon the request of the defense:

This matter re-calendared for October 2, 2025, at 9:30 a.m. for further proceedings on this matter.

**IT IS SO ORDERED.**

Dated: September 16, 2025

_____
Troy L. Nunley
Chief United States District Judge